FILED

2005 MAY 31  P 3: 11

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT
BY
DEPUTY

1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   JEFFREY J. PARKER, Cal. Bar No. 155377
3  LORI OSMUNDSEN, Cal. Bar No. 211964
   WHITNEY D. JONES, Cal. Bar No. 211541
4  333 South Hope Street, 48th Floor
   Los Angeles, California 90071-1448
5  Telephone: 213-620-1780
   Facsimile:  213-620-1398
6
   Attorneys for Defendant
7  EXXON MOBIL CORPORATION

8  MILLER, AXLINE & SAWYER
   A Professional Corporation
9  DUANE C. MILLER, Cal. Bar No. 57812
   MICHAEL D. AXLINE, Cal. Bar No. 229840
10 A. CURTIS SAWYER, Jr., Cal. Bar No. 101324
   1050 Fulton Ave. #100
11 Sacramento, CA 95825
   Telephone: 916-488-6688
12 Facsimile:   916-488-4288

13 Attorneys for Plaintiff
   CITY OF MERCED
14
                    UNITED STATES DISTRICT COURT
15
          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
16

17
   CITY OF MERCED,                      )  Case No. 1:05–CV–00662–REC–LJO
18                                       )
                     Plaintiff,          )  **JOINT STIPULATION AND**
19                                       )  **[PROPOSED] ORDER**
            v.                           )  **EXTENDING TIME TO RESPOND**
20                                       )  **TO COMPLAINT**
   CHEVRON U.S.A., INC., SHELL OIL       )
21 COMPANY, EXXONMOBIL                   )
   CORPORATION, EXXON                    )
22 CORPORATION, KINDER MORGAN            )
   ENERGY PARTNERS L.P., EQUILON         )
23 ENTERPRISES LLC, SFPP, L.P. and       )
   DOES 1 through 200, inclusive,        )
24                                       )
                     Defendants.         )
25
26
27
28
   ──────────────────────────────────────────────
        JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
                  TIME TO RESPOND TO COMPLAINT

1 WHEREAS, Plaintiff filed this action on April 22, 2005, in the Superior Court
2 for the County of Merced and began serving Defendants with the Complaint on or
3 about April 27, 2005;

4 WHEREAS, this action was removed to this Court on May 20, 2005;

5 WHEREAS, consistent with Federal Rule of Civil Procedure 81, the
6 Defendants that joined in or consented to removal of this action ("Removing
7 Defendants") currently have until May 27, 2005, to answer or otherwise respond to
8 the Complaint, while Defendants served with the summons and complaint after
9 removal have twenty days after service to answer or otherwise respond to the
10 Complaint;

11 WHEREAS, Plaintiff intends to move to remand this action, and Removing
12 Defendants intend to oppose remand, but the parties agree that the deadline for all
13 Defendants to answer or otherwise respond to the Complaint should be extended;

14 WHEREAS, this extension will not alter the date of any hearing, conference or
15 deadline fixed by the Court, and there have been no previous extensions; and

16 WHEREAS, good cause exists for the requested relief as it will eliminate
17 unnecessary litigation expense and promote judicial economy;

18 Pursuant to L.R. 83-143 and 6-144, Plaintiff and Removing Defendants,
19 through their respective counsel of record, STIPULATE AS FOLLOWS:

20 All Defendants may move, answer, or otherwise respond to the Complaint by
21 (a) July 26, 2005, or (b) within ten (10) days after the resolution of any dispute as to
22 the forum in which this action will be litigated (*i.e.*, an agreement among the parties
23 or an order by the Court as to whether this action was properly removed or will be
24 remanded to state court), whichever is later.

25

26

27

28 2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT

1    Dated:  May 25, 2005          MILLER, AXLINE & SAWYER

2

3                                  By: _____

4                                       DUANE C. MILLER
                                        MICHAEL D. AXLINE
5                                       A. CURTIS SAWYER, Jr.,

6

7                                  Attorneys for Plaintiff
                                   CITY OF MERCED
8
                          27
9    Dated:  May 25, 2005          SHEPPARD MULLIN RICHTER & HAMPTON l

10

11                                 By: _____
                                        JEFFREY J. PARKER
12                                      LORI OSMUNDSEN
                                        WHITNEY D. JONES
13

14                                 Attorneys for Defendant
                                   EXXON MOBIL CORPORATION  (sued as Exxon
15                                 Mobil Corporation, as well as erroneously under its former
                                   name, Exxon Corporation)
                          27
16   Dated:  May 25, 2005          MORGAN, LEWIS & BOCKIUS

17

18

19                                 By: _____ for David Schrader
                                        DAVID L. SCHRADER, ESQ.
20                                 Attorneys for Defendant
                                   CHEVRON U.S.A., INC.
21

22

23

24

25

26

27

28                                              3

          JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
                   TIME TO RESPOND TO COMPLAINT

1    Dated: May 2𝟸, 2005      MUNGER, TOLLES & OLSON, LLP

2

3

4                  By: _____ for William D. Temko

                       WILLIAM D. TEMKO, ESQ.

5                    Attorneys for Defendants

6                    SHELL OIL COMPANY and EQUILON

                   ENTERPRISES LLC

7

8                              **ORDER**

9       All Defendants may move, answer, or otherwise respond to the Complaint by

10 (a) July 26, 2005, or (b) within ten (10) days after the resolution of any dispute as to

11 the forum in which this action will be litigated (*i.e.*, an agreement among the parties

12 or an order by the Court as to whether this action was properly removed or will be

13 remanded to state court), whichever is later.

14

15 Dated: May 31. 2005

16

17                                 _____

18                    Magistrate JUDGE OF THE DISTRICT COURT

19

20

21

22

23

24

25

26

27

28                              4

1                        PROOF OF SERVICE

2         STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3             I am employed in the County of Los Angeles; I am over the age of eighteen
years and not a party to the within entitled action; my business address is 333 South Hope
4  Street, 48th Floor, Los Angeles, California 90071-1448.

5             On **May 27, 2005**, I served the following document(s) described as **JOINT
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
6  TO COMPLAINT** on all interested party(ies) in this action by placing true copies thereof
enclosed in sealed envelopes and/or packages addressed as follows:

7

                     **See Attached Service List**

8   ☒   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and
9        processing correspondence for mailing. Under that practice it would be deposited
          with the U.S. postal service on that same day with postage thereon fully prepaid at
10      Los Angeles, California in the ordinary course of business. I am aware that on
          motion of the party served, service is presumed invalid if postal cancellation date or
11      postage meter date is more than one day after date of deposit for mailing in
          affidavit.

12

   □   **BY OVERNIGHT DELIVERY:** I served such envelope or package to be
13      delivered on the same day to an authorized courier or driver authorized by the
          overnight service carrier to receive documents, in an envelope or package
14      designated by the overnight service carrier.

15   □   **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile
          pursuant to Rule 2008 of the California Rules of Court. The telephone number of
16      the sending facsimile machine was 213-620-1398. The name(s) and facsimile
          machine telephone number(s) of the person(s) served are set forth in the service list.
17      The sending facsimile machine (or the machine used to forward the facsimile)
          issued a transmission report confirming that the transmission was complete and
18      without error. Pursuant to Rule 2008(e), a copy of that report is attached to this
          declaration.

19

   □   **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
20      office of the addressee(s).

21   □   **STATE:** I declare under penalty of perjury under the laws of the State of
          California that the foregoing is true and correct.

22

   ☒   **FEDERAL:** I declare that I am employed in the office of a member of the bar of
23      this Court at whose direction the service was made. I declare under penalty of
          perjury under the laws of the United States of America that the foregoing is true and
24      correct.

25         Executed on **May 27, 2005**, at Los Angeles, California.

26

27                               _____
                                 Sophie Lovos
28

1                                   **SERVICE LIST**

2   Duane C. Miller, Esq.                          Attorneys for Plaintiff
     MILLER, AXLINE & SAWYER            CITY OF MERCED

3   1050 Fulton Avenue, Suite 100
     Sacramento, California 95825-4272

4   (916) 488-6688; (916) 488-4288 Fax

5

6   Gregory G. Diaz, City Attorney
     City of Merced
     OFFICE OF THE CITY ATTORNEY

7   678 West 18th Street
     Merced, California 95340

8   (209) 385-6868; (209) 723-1780 Fax

9

10   David L. Schrader                     Attorneys for
      Allison N. Shue                          CHEVRON U.S.A., INC,
      MORGAN, LEWIS & BOCKIUS, LLP

11   300 South Grand Avenue, 22nd Floor
      Los Angeles, California 90071

12   (213) 612-2500; (213) 612-2501 Fax

13   William D. Temko                   Attorneys for
      Patrick J. Cafferty, Jr.              SHELL OIL COMPANY and EQUILON

14   Hojoon Hwant                       ENTERPRISES LLC
      Munger, Tolles & Olson LLP

15   355 South Grand Avenue, Suite 3500
      Los Angeles, California 90071-1560

16   (213) 683-9100; (213) 687-3702 Fax

17

18

19

20

21

22

23

24

25

26

27

28